Case: 1:09-cr-00626 Document #: 1 Filed: 07/21/09 Page 1 of 5 PageID #:1

# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

UNITED STATES OF AMERICA

v.

OSCAR OCAMPO

(Name and Address of Defendant)

**FILED** JUL 21 2009 MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT

**MAGISTRATE JUDGE DENLOW**

**CRIMINAL COMPLAINT**

CASE NUMBER: **09 CR 626**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 7, 2009,** in **Cook** county, in the **Northern** District of **Illinois** defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate commerce to avoid prosecution for the Illinois felony of First Degree Murder.

in violation of Title **18** United States Code, Section(s) **1073**.

I further state that I am a(n) **FBI Special Agent** (Official Title) and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof: ■ Yes ___ No

_[signature]_
Signature of Complainant
**Sean J. Burke**
**Special Agent**
**Federal Bureau of Investigation**

Sworn to before me and subscribed in my presence,

**July 21, 2009**     at     **Chicago, Illinois**
Date                              City and State

Morton Denlow, United States Magistrate Judge     _[signature]_
Name & Title of Judicial Officer                                    Signature of Judicial Officer

```
STATE OF ILLINOIS    )
                     )  ss
COUNTY OF COOK       )
```

### A F F I D A V I T

      I, SEAN J. BURKE, being duly sworn, depose and say:

      1. I am employed as a Special Agent of the Federal Bureau of Investigation ("FBI") and have been so employed for approximately seven and one-half years. I am currently assigned to the FBI's Violent Crime/Fugitive Task Force, which is tasked with, among other investigative responsibilities, locating and apprehending fugitives. The information contained in this affidavit was furnished by Lieutenant Tony Wojack of the Chicago Police Department ("CPD") unless otherwise indicated.

      2. On July 10, 2009, CPD police officers discovered the charred remains of a human body found in a dumpster in an alley located at 4234 West Madison Avenue, Chicago, Illinois. The Cook County Medical Examiner's Office conducted a post mortem examination of the body and determined the cause of death was blunt trauma to the head. Fingerprints from the body were positively matched to the fingerprints of ERIC NAVARRO, who had been reported missing on July 8, 2009, by the Northlake, Illinois Police Department ("NPD").

3. Subsequent CPD investigation revealed that on July 7, 2009, OSCAR OCAMPO and MARIUSZ NOWAK used their hands and feet to strike NAVARRO in the head and body causing his death. Another individual, ARTURO DAZA, helped OCAMPO clean up the crime scene and transport the body to the dumpster in Chicago where NAVARRO was subsequently discovered.

4. On July 16, 2009, after OCAMPO was charged with one count of first degree murder, an Illinois felony, the Circuit Court of Cook County, Illinois, issued a warrant for his arrest. A copy of the arrest warrant is attached to this affidavit.

5. On July 14, 2009, NOWAK was arrested and interviewed by CPD detectives. During NOWAK's interview with CPD detectives, NOWAK stated OCAMPO told NOWAK that OCAMPO was fleeing the area with the intention of traveling to Mexico to avoid apprehension. CPD has been unable to locate OCAMPO in the Chicago area.

6. Based upon the information contained in this affidavit, I believe OSCAR OCAMPO fled the State of Illinois to avoid prosecution for first degree murder, an Illinois felony.

7. The Cook County State's Attorney's Office will extradite OCAMPO when he is apprehended.

_____
Sean J. Burke
Special Agent
Federal Bureau of Investigation

Subscribed and Sworn to before
me this 21st day of July, 2009

_____
Morton Denlow
United States Magistrate Judge

43/66

(Rev. 12/19/00) CCCR 0686

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS
v.

Case No. 09 1 121E079

Defendant: OSCAR OCAMPO
(First) (M.I.) (Last)

Violation of:
☐ Probation
☐ Supervision
☐ Conditional Discharge
☐ AMF
☒ Arrest
☐ BFW

09-(-12:007)

## ARREST WARRANT

THE PEOPLE OF THE STATE OF ILLINOIS TO ALL PEACE OFFICERS IN THE STATE - GREETING:

We command you to arrest Defendant **OSCAR** (First) **** (M.I.) **OCAMPO** (Last)

for the offense(s) of **FIRST DEGREE MURDER** (Description)

**720** ILCS **5/9-1(a)(1)** (Statutory Citation)

stated in a charge(s) now pending before this court and that you bring him/her instanter before The Circuit Court of Cook County at **2600 S. California Rm. 101** (Location) **BR 66-2** (Room) **12:07 PM** (Call or Time)

or, if I am absent or unable to act, the nearest or most accessible court in Cook County or, if this warrant is executed in a county other than Cook, before the nearest or most accessible judge in the county where the arrest is made.

### GEOGRAPHIC LIMITATIONS

Unless otherwise indicated below the geographic limitations are those as specified in 725 ILCS 5/107-9(e).

**NO GEOGRAPHIC LIMITATIONS**

Issued in Cook County **7/16**, **09**

Bail Fixed at $ **NO BAIL**

Prosecutor: 1906
Judge: 1906

No. 1906

WITNESS: DOROTHY BROWN, CLERK OF THE COURT and the Seal thereof, 7-16-09

Clerk of The Circuit Court    By    Deputy Clerk

---

Name: **OSCAR** (First) **** (M.I.) **OCAMPO** (Last)    Alias: ____

Residence: **2153 N. LARAMIE** Street  **CHICAGO** City or Town  **IL.** State  Zip

| Sex | Race | Height | Weight | D.O.B. | Age | Complexion | Build | Driver's License No. |
|---|---|---|---|---|---|---|---|---|
| M | HISPANIC | 5'06" | 200 Lbs. | 1/14/85 | 24 | MEDIUM | MEDIUM | |

| IR | CB/DCN | FBI | SID | Social Security | Forfeited Bond No. |
|---|---|---|---|---|---|
| 1334736 | | 393841N80 | 44311140 | 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 | |

Complainant's Name **STATE OF ILLINOIS**    Address **3151 W. HARRISON Chicago, IL 6065**

Arresting Officer **DET. Carlos Cortez** Star No. **20023** Agency/Unit **CPD/UNIT 640** Officer's Key ____

Reviewed By **ASA Men F. Hynes** Prosecutor **per Margaret Wood**    Audited By ____ Clerk

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Opt-Out: +